## IN FORMA PAUPERIS

## INABILITY TO PAY COSTS

I, William Robert Parker, state by declaration, that I do not have the funds to pay for the filing of this action and request that the Court waive the filing fee at this time, and that I, William Robert Parker, be allowed to proceed with this complaint on this, the __14__ day of August, 2015, by my signature of William Robert Parker.

Signature, X _William Robert Parker_
William Robert Parker

FILED IN COURT OF APPEALS
12th Court of Appeals District

AUG 17 2015

TYLER TEXAS
CATHY S. LUSK, CLERK